IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                 CR- S-05-0247 KJM

  vs.

EVELYN F. SOLOMON,

      Defendant.                              ORDER TO SHOW CAUSE

_____/

        This matter was on calendar on August 25, 2005 for trial confirmation hearing. Livia Morales, Assistant Federal Defender appeared for defendant, whose waiver of appearance filed August 25, 2005 excused her presence; the government was represented by Matt Block, certified law student.

        Upon defense counsel's request, the dates for trial confirmation hearing and for trial are continued; trial confirmation is now set for September 15, 2005 at 10:00 a.m. and trial for October 11, 2005 at 10:00 a.m.

        Because of defense counsel's late notice of her desire to continue the hearing, the court's interpreter was put to the effort and inconvenience of securing the services of a Tagalog interpreter for Ms. Solomon. According, within ten days of the date of this order, the Federal Defender's Office is directed to show cause why it should not pay the interpreter's costs and fees.

1

1  The Clerk of the Court is directed to serve copies of this order on Daniel
2  Broderick, Chief Assistant Federal Defender, in addition to serving counsel.
3  IT IS SO ORDERED.
4  DATED: August 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE