```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    EVELYN SOLOMON
 6
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | ) 2:05-CR-0247 KJM |
|----|---|---|
| 11 | Plaintiff, | ) |
|    |  | ) STIPULATION AND ORDER |
| 12 | v. | ) |
|    |  | ) |
| 13 | EVELYN SOLOMON, | ) Date: **October 11, 2005** |
|    |  | ) Time:  10:00 a.m. |
| 14 | Defendant. | ) Judge: Hon. Kimberly J. Mueller |
|    |  | ) |
| 15 | _____ | ) |

16

17      IT IS HEREBY STIPULATED and agreed to between the United States of

18  America through MATTHEW C. STEGMAN, Assistant United States Attorney,

19  and defendant, EVELYN SOLOMON, by and through his counsel, LIVIA R.

20  MORALES, Staff Attorney, that the trial confirmation hearing set for

21  Monday, September 15, 2005 at 10:00 a.m. and that the jury trial set

22  for October 11, 2005 at 10:00 a.m. be vacated and a change of plea be

23  set for Tuesday, October 11, 2005 at 10:00 a.m.

24      This request is being made so defense counsel has reasonable

25  time to prepare and negotiate a plea agreement.

26      Speedy trial time may be excluded from the date of this order

27  through the date of the change of plea set on October 11, 2005,

28  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1  prepare] (Local Code T4).

2  Dated: September 7, 2005

3                Respectfully submitted,

4                QUIN DENVIR
               Federal Defender

5                /s/ Livia R. Morales

6                _____
               LIVIA R. MORALES
7                Staff Attorney
               Attorney for Defendant
8                EVELYN SOLOMON

9  DATED: September  8 , 2005

10                McGREGOR SCOTT
               United States Attorney

11                /S/ Matthew C. Stegman

12                _____
               MATTHEW C. STEGMAN
               Assistant United States Attorney

13

14             **O R D E R**

15  It is hereby ordered that the trial confirmation hearing and the

16  jury trial dates are vacated and a change of plea hearing is set for

17  October 11, 2005 at 10:00 a.m.  Speedy trial time is excluded from the

18  date of this order through the date of the change of plea set on

19  October 11, 2005, under 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable

20  time to prepare] (Local Code T4), based on counsel's representation

21  that a plea agreement is being negotiated and a change of plea will be

22  taken on October 11th.

23  IT IS SO ORDERED.

24  Dated: September 14, 2005.

25

26             _____
            UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION AND ORDER/SOLOMON                2