IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                          Crim. No. S-05-0247 KJM

  vs.

EVELYN F. SOLOMON,

     Defendant.                       ORDER

_____/

        On August 25, 2005, the court directed the Office of the Federal Defender to show cause why it should not pay any costs incurred as the result of the defense's failure to notify the court interpreter that the services of a Tagalog interpreter were not necessary for August 25, 2005.

        On September 8, 2005, Livia Morales, Staff Attorney in the Federal Defender's Office filed a response, detailing her efforts to conduct appropriate investigation, evaluate the plea offer, and meet with her client, who lives outside the district.  She also explained that her client was diagnosed with cancer on August 22, after being alerted to the possibility of cancer on August 17, and had scheduled an appointment for a second opinion for August 25, the day set for trial confirmation hearing.

        Ms. Morales does not disclose when she learned of her client's potential health

problems. She does say she attempted to secure a stipulation to continue the case by leaving messages with the U.S. Attorney's Office on August 23, 2005. But she fails to explain why she did not alert the court to the potential for a continuance as soon as she was aware of the problems with the case. In addition, she utterly fails to explain why she did not comply with Local Rule 5-403 (b), which provides in pertinent part:

> If a scheduled court proceeding is canceled or rescheduled, counsel shall promptly notify the staff interpreter and/or courtroom deputy to cancel or reschedule any accompanying interpreter arrangements.

Court interpreter Yolanda Riley Portal had made arrangements for a Tagalog interpreter to travel from the Bay Area for Ms. Solomon's August 25 appearance. Although Ms. Portal was able to cancel the interpreter's appearance, the last-minute cancellation carried a price, a fee of $329.00.

IT IS HEREBY ORDERED:

1. The Office of the Federal Defender is directed to pay $329.00, to be credited to the court interpreter budget.

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department and on the court interpreter.

DATED: October 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
solo.ord